IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-1087-FDW-DCK

| | |
|---|---|
| SMARTSKY NETWORKS, LLC, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| GOGO INC. et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Local Counsel G. Wade Leach III on December 8, 2024.

Applicant Rik S. Tozzi seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Rik S. Tozzi is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 19, 2024

David C. Keesler
United States Magistrate Judge