UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SMARTSKY NETWORKS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>GOGO INC.; GOGO BUSINESS AVIATION LLC; and GOGO INTERMEDIATE HOLDINGS LLC,<br><br>                             Defendants. | Civil Action No.<br>3:24-cv-01087-FDW-DCK |

**NON-PARTY SOLAIRUS AVIATION LLC'S MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

Non-party Solairus Aviation LLC ("Solairus"), through counsel and pursuant to Rules 26(c), 45(d)(3)(A), and 45(d)(3)(B0(i) of the Federal Rules of Civil Procedure, Rules 26(c) and LCvR 7.1, respectfully moves this Court to quash the subpoena to produce documents, information, or objects (the "Subpoena") issued by Plaintiff Smartsky Networks, LLC ("Plaintiff"). In support of this Motion, Solairus submits its Memorandum in Support of this Motion ("Memorandum"), filed contemporaneously herewith, and states as follows:

1. Pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv), the Court "must quash or modify a subpoena that… subjects a person to undue burden."

2. Moreover, the Court may "quash or modify the subpoena if it requires disclosing a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 45(d)(3)(B)(i).

3. The Subpoena is incredibly broad and encompasses nearly every fathomable document or communication related to Solairus and Plaintiff and/or Defendants. The Subpoena seeks information about Solairus's most sensitive and confidential client information from present to January 1, 2014, a period of time expanding over a decade. Solairus respectfully submits that the Subpoena is unduly burdensome, as further illustrated in the accompanying Memorandum, and Solairus should not be required to produce this information.

4. For the reasons set forth more fully in Solairus's Memorandum, Solairus respectfully requests an order quashing the Subpoena.

WHEREFORE, non-party Solairus respectfully requests that this Court: (1) enter an order quashing the Subpoena.

Respectfully submitted this the 16th day of October, 2025.

          NELSON MULLINS RILEY & SCARBOROUGH LLP

          */s/ Chelsea K. Barnes*
          Chelsea K. Barnes, N.C. Bar No. 53378
          380 Knollwood Street, Suite 530
          Winston-Salem, NC 27103
          Telephone: 336.774.3397
          Fax: 336.774.3299
          E-mail: chelsea.barnes@nelsonmullins.com

          Marshall T. "Matt" Austin, Esquire
          Federal Bar No. 11435
          Liberty Center, Suite 600
          151 Meeting Street
          Charleston, SC 29401
          Telephone: 843.534.4301
          Fax: 843.722.8700
          Email: matt.austin@nelsonmullins.com

          *Counsel for Non-Party Solairus Aviation, LLC*

# CERTIFICATE OF SERVICE

I, Chelsea K. Barnes, certify that on this 16th day of October, 2025, a true and correct copy of the foregoing was served via ECF on all counsel of record.

                          */s/ Chelsea K. Barnes*
                          Chelsea K. Barnes
                              *Counsel for Non-Party Solairus Aviation, LLC*