# Exhibit B

# Booth, John Wilson

| | |
|---|---|
| **From:** | Chelsea Barnes <chelsea.barnes@nelsonmullins.com> |
| **Sent:** | Tuesday, October 7, 2025 3:44 PM |
| **To:** | Booth, John Wilson |
| **Cc:** | Matt Austin; Gillespy, Gerald; Lucas, Ranelle; Launsby, Tracy; Ellis, Matthew |
| **Subject:** | RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

John,

I finally heard back from my client on Friday. I note that the CMO was amended which I believe was your initial concern as to timing; may we extend through 10/16?

Thanks,

Chelsea



**CHELSEA K. BARNES**  **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**   F **336.774.3299**
**NELSONMULLINS.COM**   **VCARD**  **VIEW BIO**

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Thursday, October 2, 2025 11:55 AM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>; Ellis, Matthew <mellis@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Yes. Thank you.

**John Wilson Booth**
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

    

*420 North 20th Street*
*Suite 3400*
*Birmingham, Alabama 35203*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Thursday, October 2, 2025 10:53 AM
**To:** Booth, John Wilson <jwbooth@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>; Ellis, Matthew <mellis@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

John,

Thanks. I am waiting to hear back from my client on these revised terms. They've only had a few business days to look into this; can we agree to another week while I wait to hear back from them, making our response due October 9?

Thanks,

Chelsea

---

**CHELSEA K. BARNES    SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T 336.774.3397    F 336.774.3299
**NELSONMULLINS.COM**    VCARD    VIEW BIO

---

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Wednesday, September 24, 2025 4:28 PM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>

**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>; Ellis, Matthew <mellis@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Hi, Chelsea. Sorry for the delay and thank you, as always, for working with us.

Here is a list of revised search terms with Boolean-operators paired with the more generic terms. This list is intended to avoid false positives and generally reduce the number of documents over all:

- SmartSky
- "Smart Sky"
- SSKY
- AVANCE
- 4G AND Gogo
- 5G AND Gogo
- ATG AND Gogo
- NextGen
- Next-Gen
- "Next Gen"
- LTE AND Gogo
- L3
- L5
- LX5
- IFC AND Gogo
- Connectivity AND Gogo
- "Wi-Fi" AND Gogo
- "WiFi" AND Gogo

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

*420 North 20th Street*
*Suite 3400*
*Birmingham, Alabama 35203*

_____

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Wednesday, September 24, 2025 10:12 AM
**To:** Booth, John Wilson <jwbooth@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Hi, John,

Hope you're well, just following up.

Thanks,

Chelsea

**CHELSEA K. BARNES**   SENIOR ASSOCIATE
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T 336.774.3397   F 336.774.3299
**NELSONMULLINS.COM**   VCARD   VIEW BIO

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Wednesday, September 17, 2025 4:33 PM
**To:** Booth, John Wilson <jwbooth@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Thank you, John.

See my email of September 12 below. Do you have any additional thoughts about potential angles for narrowing the scope here in light of the volume that remains after the narrowed search?

Thanks,

Chelsea

**CHELSEA K. BARNES**  **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T 336.774.3397   F 336.774.3299
**NELSONMULLINS.COM**    VCARD   VIEW BIO

---

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Wednesday, September 17, 2025 4:31 PM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** Re: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Yes, Chelsea. We agree to an additional 2 week extension. Please let me know if you need anything else.

Get Outlook for iOS

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

*420 North 20th Street*
*Suite 3400*
*Birmingham, Alabama 35203*

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Wednesday, September 17, 2025 10:27:50 AM
**To:** Booth, John Wilson <jwbooth@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Hi, John,

Following up on the below. Can we agree to another extension to allow us time to connect again and talk through this?

Thanks,

Chelsea

**CHELSEA K. BARNES**  **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**  F **336.774.3299**
**NELSONMULLINS.COM**  **VCARD**  **VIEW BIO**

---

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Friday, September 12, 2025 11:21 AM
**To:** Booth, John Wilson <jwbooth@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

John,

We've been working with our client to try to assess the volume here. After narrowing to your proposed topics and custodians, we're still seeing approximately 116,000 individual artifacts (which would not account for an attachment to an email artifact, for example).

Given this volume and the burden that would be associated with working through it, does it make sense for you all to try to further narrow what you're seeking here? I know you mentioned you all were on a fairly narrow scheduling order. How's that going?

Thanks,

Chelsea

**CHELSEA K. BARNES**  **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**  F **336.774.3299**
**NELSONMULLINS.COM**  **VCARD**  **VIEW BIO**

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Friday, August 15, 2025 8:03 PM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** Re: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Absolutely. Thank you!

Get Outlook for iOS

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

---

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Friday, August 15, 2025 6:57:26 PM
**To:** Booth, John Wilson <jwbooth@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Hi, John,

Hope you're well. My client is still working on these searches and I hope to have an update for you early next week. May we agree to another extension through September 18?

Thanks,

Chelsea

**CHELSEA K. BARNES**   **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com
**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**   F **336.774.3299**
**NELSONMULLINS.COM**   **VCARD**   **VIEW BIO**

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Wednesday, July 23, 2025 3:20 PM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>; Lucas, Ranelle <rlucas@burr.com>; Launsby, Tracy <TLaunsby@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Chelsea,

Thank you for meeting with us just now about our subpoena to Solairus.

To reiterate, we understand and appreciate our obligation to endeavor to reduce the burden on your clients as much as possible while balancing our client's interest in obtaining discoverable information related to its lawsuit. To that end, we have tried to boil down the subpoena requests into the following discrete categories of documents that we believe would most likely contain responsive information:

- Any supplier/vendor files (or similar files) you maintain with respect to Gogo, including any proposals and agreements, and any amendments thereto;
- Any supplier/vendor files (or similar files) you maintain with respect to SmartSky, including any proposals and agreements, and any amendments thereto;
- Any pricing, discounts, rebates, incentives, exclusivity, or similar materials for ATG equipment, installation or service received from Gogo or offered/given to purchasers;
- Any sales presentations, advertisements, marketing, or promotional materials for Gogo ATG;
- Sales records for ATG equipment from Gogo, including RFIs, RFQs, RFPs;

Additionally, we propose the below search terms to be run against the following custodians' email accounts (or the person currently filling said role). Please provide us with an initial hit count for each custodian before producing documents so that we can address any potential issues. Moreover, please do not treat this list as exhaustive. If there are custodians not identified below that are likely to possess responsive information, please run the search terms on them as well. Certain search

terms may be more likely to produce too many hits on certain custodians, and if so we can work to tailor the search.

- Zean Nielson, CEO
- Dan Drohan, CEO
- Greg Peterson, COO
- Mike Tamkus, EVP
- Rene Cervante, COO
- Bob Marinace, Chief Experience Officer

If possible, we would like these terms to be run against these emails accounts as well as SalesForce or any other similar customer relationship management (CRM) platform, as well as Slack or any other similar internal messaging or communication platform.

- Gogo
- SmartSky, "Smart Sky", SSN, or SSKY
- AVANCE
- 4G
- 5G
- ATG
- NextGen, Next-Gen, or "Next Gen"
- LTE
- L3
- L5
- LX5
- IFC
- Connectivity
- "Wi-Fi" and "WiFi"

This is a suggested scope, and we are happy to have another call with you to further discuss. If an issue arises during your search (such as too many hits with certain search terms for certain custodians), please give us a call and we will work with you and your client to timely address it. Moreover, to the extent that these search terms and custodians result in documents containing customer identities, please let us know and we will work with you to resolve the issue. We are not seeking the identities of individual customers.

Thank you again for your attention to this matter.

Gratefully,

JWB

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

☐ ☐ ☐ ☐

*420 North 20th Street*
*Suite 3400*
*Birmingham, Alabama 35203*

_____

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Wednesday, July 23, 2025 9:30 AM
**To:** Booth, John Wilson <jwbooth@burr.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Thanks, I just sent over an invite. Let me know if that no longer works.

**CHELSEA K. BARNES**   SENIOR ASSOCIATE
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**   F **336.774.3299**
**NELSONMULLINS.COM**   VCARD   VIEW BIO

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Tuesday, July 22, 2025 7:45 PM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Gillespy, Gerald <ggillespy@burr.com>

**Subject:** [EXTERNAL] RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Hi, Chelsea!

Sorry for the very delayed response. We can work with any time before 2:30 PM CST tomorrow.

JWB

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

☐ ☐ ☐ ☐

*420 North 20th Street*
*Suite 3400*
*Birmingham, Alabama 35203*

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Monday, July 21, 2025 2:03 PM
**To:** Booth, John Wilson <jwbooth@burr.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Hi, all,

Following up to see what times you all have for tomorrow or Wednesday.

Thanks,

Chelsea

**CHELSEA K. BARNES**   SENIOR ASSOCIATE
chelsea.barnes@nelsonmullins.com

THE KNOLLWOOD | SUITE 530

**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**

T **336.774.3397**   F **336.774.3299**

**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Friday, July 18, 2025 3:39 PM
**To:** Booth, John Wilson <jwbooth@burr.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Does Monday at 3 EST work?

---

**CHELSEA K. BARNES**   SENIOR ASSOCIATE
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**

T **336.774.3397**   F **336.774.3299**

**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Friday, July 18, 2025 9:49 AM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

We have good availability on Monday, Tuesday morning, and Wednesday.

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

*420 North 20th Street*
*Suite 3400*
*Birmingham, Alabama 35203*

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Friday, July 18, 2025 8:47 AM
**To:** Booth, John Wilson <jwbooth@burr.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Thanks, John. How's your calendar next week or the week after for a call to discuss the subpoena scope?

**CHELSEA K. BARNES   SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com
**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**   F **336.774.3299**
**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** Booth, John Wilson <jwbooth@burr.com>
**Sent:** Friday, July 18, 2025 8:23 AM
**To:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>; Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Chelsea—sorry about the delay in responding.

We can agree to a 30 day extension for now. If you wind-up needing 45 days, we'll be willing to work with you. But full disclosure—Gogo has us on an impossibly tight scheduling order for now, so we're not able to be as generous with extensions as we'd like to be until we can (hopefully) get that changed.

JWB

### John Wilson Booth
*Associate*

jwbooth@burr.com
205-458-5160 (*direct*)
256-665-5586 (*mobile*)

420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Chelsea Barnes <chelsea.barnes@nelsonmullins.com>
**Sent:** Friday, July 18, 2025 7:16 AM
**To:** Tozzi, Rik <rtozzi@burr.com>
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; Booth, John Wilson <jwbooth@burr.com>
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Good morning,

I hope you both are doing well. Just following up to confirm our extension.

Thanks,

Chelsea

**CHELSEA K. BARNES**    **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com
**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3397**    F **336.774.3299**
**NELSONMULLINS.COM**    **VCARD**   **VIEW BIO**

---

**From:** Chelsea Barnes
**Sent:** Wednesday, July 16, 2025 2:16 PM
**To:** rtozzi@burr.com
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>; jwbooth@burr.com
**Subject:** RE: Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Hi, all,

Following up on the call I just had with John. May we agree to extend this deadline 45 days for now? Once I have an opportunity to discuss more with my client, we'll be in touch to see if we can work together to narrow the topics.

Thanks,

Chelsea

**CHELSEA K. BARNES**   **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
**T 336.774.3397   F 336.774.3299**
**NELSONMULLINS.COM   VCARD   VIEW BIO**

---

**From:** Chelsea Barnes
**Sent:** Wednesday, July 16, 2025 2:14 PM
**To:** rtozzi@burr.com
**Cc:** Matt Austin <matt.austin@nelsonmullins.com>
**Subject:** Solairus Aviation Subpoena- SmartSky Networks, LLC v. Gogo Business Aviation LLC et. al - WDNC

Good afternoon, Mr. Tozzi,

I hope this email finds you well. My firm has been engaged to represent Solairus Aviation LLC in reference to the attached subpoena. I believe my client made an effort to contact you about this subpoena previously and was not able to touch base with you. I am reaching out to discuss a more feasible deadline to respond to the subpoena. I left you a voicemail as well. Please let me know as soon as possible when you might have an opportunity to discuss.

Thanks,

Chelsea

**CHELSEA K. BARNES**   **SENIOR ASSOCIATE**
chelsea.barnes@nelsonmullins.com

**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
**T 336.774.3397   F 336.774.3299**
**NELSONMULLINS.COM   VCARD   VIEW BIO**

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.