# Exhibit C




BA20251479491



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251479491

Date Filed: 7/16/2025

| Entity Details | |
|---|---|
| Limited Liability Company Name | SOLAIRUS AVIATION LLC |
| Entity No. | 201923310908 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 201 1ST ST STE 307<br>PETALUMA, CA 94952 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 201 1ST ST STE 307<br>PETALUMA, CA 94952 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 201 1ST ST STE 307<br>PETALUMA, CA 94952 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| SUNSET AVIATION LLC | 201 1ST ST STE 307<br>Petaluma, CA 94952 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Aircraft Management and Charter |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| DANIEL DROHAN | 201 1ST ST STE 307<br>Petaluma, CA 94952 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Tara Howard*        *07/16/2025*
Signature        Date

B3859-1610 07/16/2025 1:54 PM Received by California Secretary of State